IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITY NATIONAL : | |
| INSURANCE COMPANY : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 13-6736 |
| FEDERAL DEPOSIT INSURANCE : | |
| CORPORATION, As Receiver For : | |
| VANTAGE POINT BANK : | |

**ORDER**

**AND NOW**, this  1st  day of  May , 2015, upon consideration of the Defendant's Motion to Dismiss (ECF No. 37), and all papers and exhibits submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **GRANTED** and this action is **DISMISSED**.

The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**